# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__
McAllen Division

UNITED STATES OF AMERICA
V.
Maria De Jesus SALINAS-Calderon

YOB: 1967
COC: Mexico

United States District Court
Southern District Of Texas
FILED

MAY 22 2019

David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number:

M-19- 1176-M

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __May 16, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did, knowing or in reckless disregard of the fact that aliens have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)__

I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

On May 16, the defendant, MARIA DE JESUS SALINAS-CALDERON, a lawful permanent resident of the United States, attempted to bring illegally into the United States through the Donna, Texas Port of Entry, HILARION CISNEROS-RIOS, a Mexican citizen with a United States counterfeit visa.

At primary inspection, the defendant provided her LPR Card and a Border Crossing Card (BCC) for HILARION CISNEROS-RIOS to a U.S. Customs and Border Protection (CBP) officer. The defendant claimed that the passenger in her vehicle, HILARION CISNEROS-RIOS, was her brother-in-law. Upon further inspection of CISNEROS' BCC, the CBP officer discovered the BCC was counterfeit. The defendant and HILARION CISNEROS-RIOS were then escorted to secondary for further inspection.

During a subsequent interview, defendant stated that HILARION-CISNEROS-RIOS was her common law husband. Defendant further stated that she was aware that HILARION CISNEROS-RIOS was an illegal alien in the United States and that he had crossed into the United States previously by wading the river around Sullivan, City Texas. Defendant stated that she also believed HILARION CISNEROS-RIOS had been previously removed by Border Patrol. During interview, the defendant admitted she purchased the Border Crossing Card for HILARION CISNEROS-RIOS from her brother for $1,800. The defendant stated that her brother purchased the countefeit Border Crossing Card from an unknown individual in Mission, Texas.

The Mexican citizen, HILIARION CISNEROS-RIOS was processed under 8USC1326.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Approved By:   Matt. Redavid   AUSA Matt Ledard  5/22/19

Signature of Complainant
__Lorenzo Botello__
Printed Name of Complainant

__May 22, 2019__                                       at       __Mcallen, Texas__
Date                                                                           City and State
**Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                                Signature of Judicial Officer